**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MICHAEL AND CAROLYN R. JOHNSON,**<br><br>**PLAINTIFFS,**<br><br>**vs.**<br><br>**PRINCIPAL RESIDENTIAL MORTGAGE, INC., a foreign corporation.**<br><br>**DEFENDANT.** | **CIVIL ACTION NO.:**<br><br>**2:04cv1024-T**<br><br>**(WO)** |

**ORDER**

Having considered the parties' Joint Stipulation of Dismissal (doc. no. 12) dismissing plaintiffs Michael & Carolyn R. Johnson's case with prejudice, the Court hereby finds that the Joint Stipulation of Dismissal is due to be granted.

It is hereby **ORDERED, ADJUDGED AND DECREED** that this matter is dismissed with prejudice, costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of June, 2005.

                                                           /s/ Myron H. Thompson
                                                UNITED STATES DISTRICT JUDGE